**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**400 CORPORATE POINTE SUITE 420**
**CULVER CITY, CA 90230**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**HAILEY BELL**<br><br>DEBTOR(S). | Case No: 2:26-bk-20937-NB<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF RESCHEDULED HEARING**<br><br>Docket # (10) |

| In re: **HAILEY BELL** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-20937-NB** |
|---|---|

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED HEARING**", Docket # (10) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ________________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/5/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/5/26 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re: **HAILEY BELL** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-20937-NB** |

**Service List**

## Notice of Electronic Filing Service

| | |
|---|---|
| Benjamin Heston | bhestonecf@gmail.com;benheston@recap.email;NexusBankruptcy@jubileebk.net |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

### U.S. Mail Service

Bank of America
100 N Tryon St
Charlotte, NC 28202-2135

Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626

Department of Education / Aidvantage
1891 Metro Center Dr
Reston, VA 20190-5287

Hailey Bell
24431 Trevino Drive Unit V13
Los Angeles County, CA 91355

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

Nationstar Mortgage
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

NEXUS BANKRUPTCY
3090 BRISTOL STREET #400
COSTA MESA, CA 92626

Valencia Lakeshore COA
24316 Venturi Dr
Valencia, CA 91355-2317

| In re: **HAILEY BELL** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-20937-NB** |
|---|---|

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED HEARING**", Docket # (10) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ________________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/5/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/5/26 | Robert J Wallace, Jr. | ***See Attached Certificate of Service*** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: **HAILEY BELL** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-20937-NB** |
|---|---|

## Service List

| U.S. Mail Service | |
|---|---|
| Bank of America<br>100 N Tryon St<br>Charlotte, NC 28202-2135 | Benjamin Heston<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626 |
| Department of Education / Aidvantage<br>1891 Metro Center Dr<br>Reston, VA 20190-5287 | Hailey Bell<br>24431 Trevino Drive Unit V13<br>Los Angeles County, CA 91355 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012 | Nationstar Mortgage<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |
| NEXUS BANKRUPTCY<br>3090 BRISTOL STREET #400<br>COSTA MESA, CA 92626 | Valencia Lakeshore COA<br>24316 Venturi Dr<br>Valencia, CA 91355-2317 |

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Hailey Bell
DEBTOR 2 NAME:

CASE NUMBER: 2620937
PRINT JOB ID: 285448

I Robert J Wallace, Jr. certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on 11/5/2026 :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

Bank of America;100 N Tryon St;Charlotte, NC 28202-2135
Benjamin Heston;Nexus Bankruptcy;3090 Bristol Street #400;Costa Mesa, CA 92626
Department of Education / Aidvantage;1891 Metro Center Dr;Reston, VA 20190-5287
Hailey Bell;24431 Trevino Drive Unit V13;Los Angeles County, CA 91355
Los Angeles Division;255 East Temple Street;Los Angeles, CA 90012
NEXUS BANKRUPTCY;3090 BRISTOL STREET #400;COSTA MESA, CA 92626
Nationstar Mortgage;8950 Cypress Waters Blvd;Coppell, TX 75019-4620
Valencia Lakeshore COA;24316 Venturi Dr;Valencia, CA 91355-2317

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : 11/5/2026

Signature : Robert J. Wallace Jr.

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**400 CORPORATE POINTE SUITE 420**
**CULVER CITY, CA 90230**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED 341(a) Meeting of Creditors ZOOM Meeting ID and Passcode

**IN RE:**

**Hailey Bell**

DEBTOR(S)

CHAPTER 13

CASE NO.: 2:26-bk-20937-NB

**NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**

**DATE:** **November 30, 2026**
**TIME** **3:20 pm**

**LOCATION:** **ZOOM VIDEO MEETING**
**ZOOM MEETING ID: 846 017 0046**
**ZOOM PASSCODE: 9958780177**

## MANDATORY DOCUMENTS DUE PRIOR TO 341(a) MEETING OF CREDITORS

Debtors must submit the following mandatory documents to their Bankruptcy Attorney prior to the 341(a) Meeting of Creditors:

- **Picture of your Social Security Card**
- **Picture of your Driver's License**
- **Evidence of your Bankruptcy Plan Payments**

Debtor attorneys can upload the required documents to the Chapter 13 Trustee on The Attorney Portal at LATrustee.com. Debtor attorneys must register online to use The Attorney Portal. For more information, contact support@latrustee.com.

**FAILURE TO TIMELY ATTEND YOUR REMOTE 341(a) MEETING OF CREDITORS, SUBMIT THE MANDATORY DOCUMENTS OR TENDER YOUR BANKRUPTCY PLAN PAYMENTS TO THE CHAPTER 13 TRUSTEE MAY CAUSE YOUR BANKRUPTCY CASE TO GET DISMISSED.**

**Dated:** **11/3/26**

**Kathy A. Dockery**
**Chapter 13 Trustee**