United States Bankruptcy Court

Central District of California

In re: Case No. 26-20937-NB

Hailey Bell Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 2

Date Rcvd: Nov 03, 2026 Form ID: van131 Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hailey Bell, 24431 Trevino Drive Unit V13, Los Angeles County, CA 91355-2859 |
| 43412998 | | Valencia Lakeshore COA, 24316 Venturi Dr, Valencia, CA 91355-2317 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: USCBNotices@cdtfa.ca.gov | Nov 03 2026 23:57:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | | Email/Text: itcdbg@edd.ca.gov | Nov 03 2026 23:56:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 03 2026 23:57:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Nov 03 2026 23:56:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 43412995 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Nov 03 2026 23:56:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 43412996 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 03 2026 23:51:47 | Department of Education / Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 43412997 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2026 23:56:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Hailey Bell bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Kathy A Dockery (TR) | EFiling@LATrustee.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

**United States Bankruptcy Court**
**Central District of California**

**255 East Temple Street, Los Angeles, CA 90012**

# NOTICE OF NON–ENTITLEMENT TO DISCHARGE PURSUANT TO 11 U.S.C. SECTION 1328(f)(1) OR 1328(f)(2)

**DEBTOR(S) INFORMATION:**
Hailey Bell
**SSN:** xxx–xx–9571
**EIN:** N/A
fka Hailey Simmerman

24431 Trevino Drive Unit V13
Los Angeles County, CA 91355

**BANKRUPTCY NO.** 2:26–bk–20937–NB
**CHAPTER** 13

To the Debtor(s), Debtor(s)' Attorney (if any), and Other Interested Parties:

It appears that a discharge has been granted to the above–named Debtor(s) under 11 U.S.C. Section 727, 11 U.S.C. Section 1141, or 11 U.S.C. Section 1228 in a case commenced during one of the time periods specified in section 1328(f)(1) or 1328(f)(2). Therefore, as that discharge has not been vacated, the debtor(s) is not eligible for a discharge in the above–captioned case.

Debtor's Prior Discharged Case: 2:26–bk–15777–NB
Date filed: 06/09/2026

Dated: November 3, 2026

By The Court,
**Kathleen J. Campbell**
Clerk of Court