**Fill in this information to identify the case:**

Debtor 1 Hailey Bell

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number 26-20937

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no**. (if known): ____________________

**Date of payment change:**
Must be at least 21 days after date of this notice: 12/10/2026

**Last 4 digits** of any number you use to identify the debtor's account: 4400

**New total payment:**
Principal, interest, and escrow, if any: $ 726.37

*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

**Current escrow payment:** $ ________ **New escrow payment:** $ ________

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________________
Interest rate change for HELOC from a regular change in the applicable index, and rate change is reflected in normal monthly statement.

**Current interest rate:** 8.33 % **New interest rate:** 8.58 %

**Current principal and interest payment:** $ 693.13 **New principal and interest payment:** $ 726.37

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☐ No
☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $________ or
- $________

Debtor 1 Hailey Bell
First Name Middle Name Last Name

Case number (*if known*) 26-20937

**Amount of next payment (including reconciliation amount)** **$_______**

**Amount of the new payment thereafter (without reconciliation amount)** **$_______**

Because BANA has used the process prescribed under Rule 3002.1(b)(1) for filing and serving this notice, Part 3 has been left blank.

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

**Current mortgage payment:** $ 693.13 **New mortgage payment:** $ 726.37

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Leah R. Turner Date 11/17/2026
Signature

Print: Leah R. Turner Title Assistant Vice President

Company Bank of America

Address 4161 Piedmont Parkway
Number Street
Greensboro, NC 27410
City State ZIP Code

Contact phone (336) 854-4658 Email leah.r.turner@BofA.com

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA ( LOS ANGELES DIVISION)

Chapter: 13 No. 26-20937

In re: Judge: NEIL W. BASON

Hailey Bell

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 11/17/2026, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

Debtor: Hailey Bell
24431 Trevino Dr Unit V13
Valencia, CA 91355-2859

Debtor's Attorney: BENJAMIN HESTON
3090 Bristol St Ste 400
Costa Mesa, CA 92626-3063

Trustee: KATHY A DOCKERY
400 Corporate Pointe Ste 420
Culver City, CA 90230-7643

/s/ Larry Yip

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
larry.yip@lciinc.com